IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEROLD W. OSTENAA,

      Plaintiff,                                No. CIV S-09-0716 DAD

    v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,        ORDER TO SHOW CAUSE

      Defendant.
_____/

      Although the United States Marshal has filed a return of service indicating that defendant was served with process on April 24, 2009, defendant has not yet appeared in the case.

      On March 17, 2009, the court granted plaintiff's application to proceed in forma pauperis and ordered plaintiff to submit to the United States Marshal a completed summons, copies of the complaint, and a copy of the court's scheduling order. (Doc. No. 3.) On March 18, 2009, counsel notified the court that she had mailed the necessary paperwork to the United States Marshal. (Doc. No. 6.) On May 4, 2009, the United States Marshal filed a return of service executed. (Doc. No. 8.) The return shows that on April 24, 2009, process was delivered to the Office of the United States Attorney for the Eastern District of California and was served by certified mail on the Social Security Administration's Office of the Regional Chief Counsel for Region IX and on the United States Attorney General. Pursuant to the court's scheduling order,

1

defendant was required to file the administrative record and an answer to the complaint within 90 days from service of the complaint. (Doc. No. 4 at 1.) A separate order attached to the scheduling order required defendant to file a completed form re consent or request for reassignment within 90 days. (Doc. No. 4, Attach. 1.) Although more than 90 days have passed since the Marshal effected service of plaintiff's complaint, defendant has not filed an answer to the complaint, the administrative record, or the required form re consent or request for reassignment. No appearance has been made.

IT IS HEREBY ORDERED that:

1. Defendant shall show cause in writing within fifteen days after this order is served for his failure to comply with the orders filed in this action on March 17, 2009. The response to the order to show cause shall be accompanied by defendant's answer, the administrative record, and a completed form re consent or request for reassignment or, in the alternative, by a stipulation and proposed order granting a reasonable extension of time to comply with the court's orders;

2. The Clerk of the Court is directed to serve this order on defendant by delivery to the United States Attorney for the Eastern District of California and by certified mail to the Attorney General of the United States and the Office of the Regional Chief Counsel for Region IX at the addresses reflected in the certified mail receipts attached to the Marshal's return of service (Doc. No. 8); and

3. The Clerk of the Court is directed to serve a courtesy copy of this order on the United States Marshal's Office.

DATED: August 13, 2009.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1/orders.socsec/ostenaa0716.osc.answer