UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JEROLD W. OSTENAA,       )
                         )   2:09-cv-00716-DAD
        Plaintiff,       )
                         )   ORDER
    v.                   )
                         )
MICHAEL J. ASTRUE,       )
  Commissioner of        )
  Social Security,       )
                         )
        Defendant.       )
                         )
_____)

   Good cause having been shown in Defendant's Response to Order to Show Cause filed August 18, 2009, the Court's August 13, 2009 Order to Show Cause is DISCHARGED and Defendant is GRANTED a further extension of time to September 28, 2009 to file its answer or otherwise respond to Plaintiff's complaint.

   SO ORDERED.

DATED: August 19, 2009.

                              /s/ Dale A. Drozd
                              _____
                              DALE A. DROZD
                              UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.socsec/ostenaa0716.eot